MARY A. SWEENEY, as Administratrix, etc., Respondent. *v.* THE NEW YORK STEAM COMPANY, Appellant.

(Argued October 25, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made June 3, 1889, which affirmed a

judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*J. W. Hawes* for appellant.

*Henry Schmitt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.